```
                              United States Bankruptcy Court
                              Eastern District of Wisconsin
In re:                                                              Case No. 18-31108-gmh
Lee D Beans                                                         Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0757-2          User: hk                 Page 1 of 2             Date Rcvd: Mar 05, 2020
                              Form ID: pdf5            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db             +Lee D Beans,   3237 N Sherman Blvd,   Milwaukee, WI 53216-3546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
              Christopher C. Drout    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
               cdrout@gray-law.com,   bknotices@gray-law.com;bknotice@gmail.com
              Jay J. Pitner     on behalf of Creditor    U.S. Bank National Association, as Trustee for Structured
               Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC1
               bknotices@gray-law.com;bknotice@gmail.com
              Leonard G. Leverson     on behalf of Creditor Thomas and Suzanne   Poetz lgl@levmetz.com,
               dbk@levmetz.com
              Matthew L. Comella     on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for U.S. BANK
               NATIONAL ASSOCIATION, as Trustee for Structured Asset Investment Loan Trust Mortgage
               Pass-Through Certificates, Series 2005-11 bkpleadingsEAST@wi.cslegal.com,
               matthew.comella@codilis.com
              Matthew L. Comella     on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for Deutsche
               Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through
               Certificates, Series 2004-W5 bkpleadingsEAST@wi.cslegal.com,   matthew.comella@codilis.com
              Matthew L. Comella     on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
               Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates
               bkpleadingsEAST@wi.cslegal.com,   matthew.comella@codilis.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Peter C Bastianen     on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
               Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates
               bkpleadingsEAST@wi.cslegal.com
              Peter C Bastianen     on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for NRZ Pass-Through Trust XI bkpleadingsEAST@wi.cslegal.com
              Rachael  Stokas     on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as Trustee for NRZ Pass-Through Trust XI bkpleadingsEAST@wi.cslegal.com
              Rachael  Stokas     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, as Trustee for
               Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11
               bkpleadingsEAST@wi.cslegal.com
              Rachael  Stokas     on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for U.S. BANK
               NATIONAL ASSOCIATION, as Trustee for Structured Asset Investment Loan Trust Mortgage
               Pass-Through Certificates, Series 2005-11 bkpleadingsEAST@wi.cslegal.com
              Rachael  Stokas     on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
               Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates
               bkpleadingsEAST@wi.cslegal.com
              Richard A. Check    on behalf of Debtor Lee D Beans court@richardacheck.com,
               G2923@notify.cincompass.com
              Richard A. Check    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee, for Carrington
               Mortgage Loan Trust, Series 2006-NC2 Asset-Backed Pass-Through Certificates
               court@richardacheck.com,   G2923@notify.cincompass.com
              Scott  Lieske    on behalf of Trustee Scott  Lieske ecf@chapter13milwaukee.com,
               mgwi_ecf@trustee13.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Scott    Lieske    ecf@chapter13milwaukee.com,    mgwi_ecf@trustee13.com
                                                                                                                          TOTAL: 17



THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 4, 2020

G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: LEE D BEANS,

Debtor.

Chapter 13
Case No. 18-31108-GMH

### AMENDED ORDER CONFIRMING CHAPTER 13 PLAN

Based on the motion submitted by Trustee Scott Lieske on March 4, 2020 to amend the Confirmation Order signed December 10, 2019, and good cause appearing;

IT IS ORDERED THAT:

1. The debtor's chapter 13 plan is confirmed. This order gives effect to all of the plan's terms.

2. Debtor must make plan payments of **$3,987.00 monthly** for the remainder of the 60-month plan.

3. Unless otherwise provided by the plan or court order, the debtor's attorney is allowed the presumptively reasonable fee, and the trustee may disburse any unpaid portion of that fee in the manner provided for in the plan.

4. Unless the court otherwise orders, all creditors with claims entitled to priority under 11 U.S.C. §507 must be paid, in pro rata deferred cash payments, the full amount of the portion of their claim that is entitled to that priority.

5. The debtor must provide the trustee with a copy of each federal and state income tax return filed during the plan term within 14 days of filing any return.

6. The debtor may not borrow money, incur credit or sell or transfer property of the estate without the express written consent of the trustee or an order of this court.

7. If the debtor is engaged in business, the debtor must provide periodic financial statements to the trustee.

#####